# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-2476
_____

United States of America

*Plaintiff - Appellee*

v.

Michael Barrett Cason, also known as Daddy

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: July 6, 2021
Filed: July 12, 2021
[Unpublished]
_____

Before LOKEN, GRUENDER, and KELLY, Circuit Judges.
_____

PER CURIAM.

Michael Cason appeals after he pleaded guilty to a sex offense and the district court[1] sentenced him pursuant to a binding plea agreement. His counsel has moved

_____

[1]The Honorable Beth Phillips, Chief Judge, United States District Court for the Western District of Missouri.

to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), relaying that Cason contends the district court lacked jurisdiction over him because of his sovereign citizen status.

After careful review, we conclude that Cason's argument fails because the district court had jurisdiction over violations of federal law. *See* 18 U.S.C. § 3231 (stating that district courts have original jurisdiction, exclusive of state courts, of all offenses against the laws of the United States); *United States v. Hayes*, 574 F.3d 460, 471-72 (8th Cir. 2009) (stating that because the indictment sufficiently alleged a violation of the laws of the United States, the district court had jurisdiction). Furthermore, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion and affirm.

_____